# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case Nos.: 1:18-cv-00296-LY |

## PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs give notice that the above-captioned action is voluntarily dismissed against the Defendant, Apple Inc., under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 16, 2018　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Kevin Gannon*
　　　　　　　　　　　　　　　　Paul J. Hayes
　　　　　　　　　　　　　　　　phayes@princelobel.com
　　　　　　　　　　　　　　　　Kevin Gannon
　　　　　　　　　　　　　　　　kgannon@princelobel.com
　　　　　　　　　　　　　　　　**PRINCE LOBEL TYE LLP**
　　　　　　　　　　　　　　　　One International Place - Suite 3700
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Tel: (617) 456-8000
　　　　　　　　　　　　　　　　Fax: (617) 456-8100

2997460.v1

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 16, 2018.

*/s/ Kevin Gannon*